**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____For The_____ District of __Puerto Rico__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | American Flamingo, L.L.C. | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | None | |
| 3. Debtor's federal Employer Identification Number (EIN) | 6 6 - 0 9 4 8 7 7 9 | |
| 4. Debtor's address | **Principal place of business**  644 Fernández Juncos Ave.  Number   Street  Suite 203  San Juan,    PR    00907  City    State   ZIP Code  San Juan, Puerto Rico  County | **Mailing address, if different from principal place of business**  1357 Ashford Avenue, Suite 2  Number   Street  PMB 451  P.O. Box  San Juan,    PR    00907  City    State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City    State   ZIP Code |
| 5. Debtor's website (URL) | None | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  American Flamingo, L.L.C.                                   Case number (if known) _____
        Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
       District _____ When _____ Case number _____
                                    MM / DD / YYYY

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor  American Flamingo, L.L.C.
          Name

Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____  Relationship _____
District _____  When _____
Case number, if known _____  MM / DD / YYYY

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number   Street
_____
City                              State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  American Flamingo, L.L.C.
     Name

Case number (if known) _____

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/05/2022
    MM / DD / YYYY

X _____  John Hanratty
Signature of authorized representative of debtor    Printed name

Title Member

**18. Signature of attorney**

X _____  Date 05/05/2022
Signature of attorney for debtor    MM / DD / YYYY

Héctor Eduardo Pedrosa Luna
Printed name

The Law Offices of Héctor Eduardo Pedrosa Luna
Firm name

33 Calle Bolivia, Suite 500
Number Street

San Juan     PR     00917
City     State     ZIP Code

(787) 920-7983     hectorpedrosa@gmail.com
Contact phone     Email address

USDC-PR 223202     PR
Bar number     State

**Fill in this information to identify the case and this filing:**

Debtor Name __American Flamingo, L.L.C.___

United States Bankruptcy Court for the: _____ For The ___ District of __Puerto Rico__
(State)

Case number (If known): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  __Form 204__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/05/2022__          X _/s/ signature_
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                            John Hanratty
                                            Printed name

                                            Member
                                            Position or relationship to debtor

# AMERICAN FLAMINGO, L.L.C.

## CERTIFICATE OF CORPORATE RESOLUTION

I, John Harantty, Member of Eburry Street Capital, LLC, the Manager of American Flamingo, L.L.C., under penalty of perjury, pursuant to 28 USC Sec. 1746, certify that on a duly called and held stockholders meeting, in which the required quorum by The General Corporation Law of 1995, as amended, was always present, the following resolution was adopted by the Board of Directors on May 03, 2022:

"Be it therefore resolved, that all of the members had agreed that American Flamingo, L.L.C. should file a petition under the Chapter 11 of the United States Bankruptcy Code. It is also resolved to authorize Mr. John Harantty, Member of Eburry Street Capital, LLC, the Manager of American Flamingo, L.L.C., to hire the Law Offices of Héctor Eduardo Pedrosa-Luna to file a petition for relief under the Chapter 11 of the Bankruptcy Code on behalf of the corporation, to sign any related documents and to appear at all bankruptcy proceedings on behalf of American Flamingo, L.L.C.

I, further certify that the foregoing Resolution has not been amended or cancelled, so that as this date it is in full effect and power.

There for I sign the foregoing Certificate and print the Corporate seal, this 5th day of May 2022.

_____
Member

_____
Corporate Seal

# American Flamingo LLC
## Balance Sheet
### As of April 30, 2022

**Assets**

| | |
|---|---|
| Office Space (net of accumulated depreciation) | $ 715,000.00 |
| Rent Receivable | 84,000.00 |
| **Total Assets** | **$ 799,000.00** |

**Liabilities & Equity**

Current Liabilities

| | |
|---|---|
| Mortgage Payable (Principal) | $ 500,000.00 |
| Accounts Payable | 4,875.00 |
| Accrued Mortgage Interest Payable | 29,948.63 |
| Accrued property taxes | 7,785.89 |
| Due to Ebury Street Capital | 13,750.00 |
| Total Liabilities | 556,359.52 |
| Equity | 242,640.48 |
| **Total Liabilities & Equity** | **$ 799,000.00** |

## American Flamingo LLC
### Income Statement
For the five month period ended on April 30, 2022

| | | |
|---|---:|---:|
| **Revenue** | | |
| Rental Income | $ | 16,000.00 |
| **Expenses** | | |
| Depreciation expense | | 6,666.67 |
| Interest expense | | 8,219.18 |
| Property taxes | | 2,785.89 |
| Legal Fees | | 4,875.00 |
| Total Expenses | | 22,546.73 |
| Net Income | $ | (6,546.73) |

## AMERICAN FLAMINGO, L.L.C.

### Statement Under Penalty of Perjury

I, John Harantty, of legal age, single, investor and resident of San Juan, Puerto Rico, as Member of Eburry Street Capital, LLC, the Manager of American Flamingo, L.L.C., certify the following under penalty of perjury:

1. That my name and personal circumstances are the one stated above.

2. That I am a Member of Ebury Street Capital, LLC the Manager and Member of American Flamingo, LLC.

3. That American Flamingo, L.L.C. was created and recorded in the Puerto Rico Department of State on June 22, 2020.

4. That as required by Section 1116(1)(B) I hereby certify under penalty of perjury that American Flamingo, L.L.C. have not filed any federal tax returns for the years 2020 and 2021, as it's a "pass-thru" entity of Ebury Street Capital, LLC.

Therefore, I sign this certificate, under penalty of perjury, in San Juan, Puerto Rico, this 5th day of May 2022.

_____
John Harantty

Fill in this information to identify the case:

Debtor name __American Flamingo, L.L.C.__

United States Bankruptcy Court for the: _____ For The District of __Puerto Rico__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | None. | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor  **American Flamingo, L.L.C.**
Name

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ For The _ District Of Puerto Rico _____

In re American Flamingo, L.L.C.

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................ $ 165.00 p/h

   Prior to the filing of this statement I have received ....................... $ 6,500.00

   Balance Due ................................................. $ _____

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify)   Ebury Street Capital, LLC

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/05/2022
Date                            Signature of Attorney

The Law Offices of Héctor Eduardo Pedrosa Luna
Name of law firm